UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STIRLING HORT LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>INDUSTRIAL VENTILATION INC,<br><br>Defendant(s). | CASE NO. 2:22-cv-01155-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On August 19, 2022, this case was removed from Skagit County Superior Court by Defendant Industrial Ventilation Inc. Dkt. No. 1. On August 18, Plaintiff Stirling Hort LLC was notified of its obligation to file a corporate disclosure statement pursuant to Local Civil Rule ("LCR") 7.1 by no later than August 25, 2022.

On August 19, 2022, Plaintiff filed a corporate disclosure statement indicating "it is a limited liability company organized under the laws of the state of Washington, and that there is

MINUTE ORDER - 1

no parent, or corporation that needs to be disclosed as required by LCR 7.1(a)(1)." Dkt. No. 6. Plaintiff also names James Easterlin and Victoria Lynne Burnett as members of the LLC pursuant to LCR 7.1(a)(2). *Id.*

In a diversity action, LCR 7.1(b) requires an LLC party's corporate disclosure statement to "also list . . . those states in which the party, owners, partners, or members are citizens." Plaintiff's corporate disclosure statement does not comply with this requirement.

The Court therefore ORDERS Plaintiff to file an amended corporate disclosure statement that fully complies with LCR 7.1 **within 7 days** of the date of this order, or **by no later than August 30, 2022**.

Dated this 23rd day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk