The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STIRLING HORT, LLC, a Washington limited liability company,<br><br>                    Plaintiff,<br>     vs.<br><br>INDUSTRIAL VENTILATION INC. an Idaho corporation,<br><br>                    Defendant. | NO. 2:22-cv-01155-TL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: September 20, 2022 |

## I.     STIPULATION

COMES NOW Plaintiff Stirling Hort, LLC, a Washington limited liability company, by and through its attorneys Mark J. Lee, Haylee J. Hurst and Elizabeth Slattery of Wolf & Lee, LLP and Defendant Industrial Ventilation, Inc., an Idaho corporation, by and through its attorneys Ted Buck and Nick Gross of Frey Buck, P.S., stipulate to the filing of Defendant's amended answer to Plaintiff's Complaint. Defendant's proposed amended answer is attached hereto as Exhibit A. This stipulation is entered pursuant to the Federal Rules of Civil Procedure and Local Civil Rule 15.

DATED this 20th day of September, 2022.

DEFENDANT INDUSTRIAL VENTILATION, INC.'S STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT - 1
2:22-cv-01155-TL

**FREY BUCK, P.S.**
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

Presented jointly by:

        FREY BUCK, P.S.

        By: _/s/ Nick Gross_____
        Ted Buck, WSBA #22029
        Nick Gross, WSBA #48236
        1200 Fifth Avenue, Suite 1900
        Seattle, WA 98101
        *Attorneys for Defendant Industrial Ventilation, Inc.*

        WOLF & LEE, LLP

        By: _/s/ Nick Gross_ *(Signed with authorization)*
        Mark J. Lee, WSBA #19339
        Haylee J. Hurst, WSBA #51406
        Elizabeth Slattery, WSBA #56349
        230 E. Champion Street
        Bellingham, WA 98225
        *Attorneys for Plaintiff Stirling Hort, LLC*

IT IS SO ORDERED.

Dated this 20th day of September 2022.

_/s/ Tana Lin_____
Tana Lin
United States District Judge

DEFENDANT INDUSTRIAL VENTILATION, INC.'S STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT - 2
2:22-cv-01155-TL

**FREY BUCK, P.S.**
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I electronically filed the foregoing document, and such has been served on the parties of record via CM/ECF.

DATED this 20th day of September at Seattle, Washington.

_____
Karina Martin, Paralegal

DEFENDANT INDUSTRIAL VENTILATION, INC.'S STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT - 3
2:22-cv-01155-TL

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660