THE HONORABLE TANA LIN

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

| | |
|---|---|
| STIRLING HORT, LLC, a Washington limited liability company, | ) Case No.  2:22-cv-01155-TL |
| | ) |
| | ) |
| Plaintiff, | ) STIPULATED MOTION AND ~~[PROPOSED]~~ |
| | ) ORDER TO CONTINUE TRIAL DATE AND |
| v. | ) DISCOVERY DEADLINES |
| | ) |
| INDUSTRIAL VENTILATION, INC., an Idaho corporation, | ) NOTE ON MOTION CALENDAR: |
| | ) <u>MARCH 17, 2023</u> |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Judge Lin's Standing Order for All Civil Cases and WDWA LR 7(d)(1) Plaintiff and Defendant jointly present the following stipulation and request that the Court continue the current trial date and enter an amended case scheduling order  as set out below:

**<u>STIPULATION</u>**

1.      Plaintiff and Defendant have filed competing motions that are presently before the Court.  Defendant Industrial Ventilation Inc.'s Motion to Dismiss Complaint, (filed 11/10/22, Dkt. No. 25); Plaintiff's Motion to Abstain and Remand to State Court (filed 11/28/22, Dkt. No. 28).   The motions may lead to a dispositive decision, or remand of the case back to the Washington State Superior Court, Skagit County.  Given the pendency of these motions, the parties have paused undertaking extensive discovery.  The parties understand and appreciate that

**WOLF LEE HURST & SLATTERY, PLLP**
230 E. Champion Street, Bellingham, WA 98225
Ph.: (360) 676-0306/Fax: (360) 676-8058

the Court is experiencing a significant backlog, and that resolution of the motions may not be determined for several months.

2.      This matter is currently scheduled for trial to commence October 23, 2023.  Order Setting Jury Trial Date and Related Dates (September 29, 2023, Dkt. #23).  The associated deadlines with this trial date could require the parties to commence and complete discovery and secure expert reports before determination of the motions.  Moreover, a critical damages expert for Plaintiff has also disclosed that her expert report cannot be completed until mid-May 2023 because of paternity and vacation schedules in her office.

3.      The parties agree that continuance of the pending trial date and associated deadlines would be appropriate to allow the Court time to rule on the pending motions, and to avoid undue, potentially wasteful expense.  The parties therefore respectfully request that the Court continue the trial to a date that is available after **April 1, 2024**.  In addition, the parties request that all associated deadlines set out in the Order Setting Jury Trial Date and Related Dates (Dkt. #23) be continued in conformity with the new trial date.

DATED this 17th day of March, 2023.

Respectfully submitted,

By */s/ Mark J. Lee*_____
        Mark J. Lee, WSBA #19339
        Haylee J. Hurst, WSBA #51406
        Elizabeth Slattery, WSBA #56349
        of Wolf Lee Hurst & Slattery, PLLP
        230 E. Champion Street
        Bellingham, WA 98225
        Ph.:  (360) 676-0306; Fax:  (360) 676-8058
        E-mail:  mark@bellinghamlegal.com
                    haylee@bellinghamlegal.com
                    elizabeth@bellinghamlegal.com
        *Attorneys for Plaintiff*

**STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND DISCOVERY
DEADLINES**
**Civil Action No.:  2:22-cv-01155-TL**
**Page 2 of 3**

**WOLF LEE HURST & SLATTERY, PLLP**
230 E. Champion Street, Bellingham, WA 98225
Ph.: (360) 676-0306/Fax: (360) 676-8058

1

2              By */s/ Ted Buck*_____
                  Ted Buck, WSBA #22029
3                 Nick Gross, WSBA #48236
                  of Frey Buck, P.S.
4                 1200 Fifth Avenue, Suite 1900
                  Seattle, WA 98101
5                 Ph.:  (206) 486-8000; Fax:  (206) 902-9660
                  E-mail:  tbuck@freybuck.com
6                          ngross@freybuck.com
                  *Attorneys for Defendant*
7

8              *Signature authorized by email dated March 17, 2023.

9

10                              **ORDER**

11        The parties' stipulated Motion to Continue Trial Date and Discovery Deadlines is hereby

12   GRANTED.  The Court will issue an amended Order Setting Jury Trial Date and Related Dates

13   that sets a new trial date after April 1, 2024 and extends all pretrial deadlines in conformity with

14
     the trial date continuance.
15

16        DATED THIS 24th day of March 2023.

17

18                              _____

19                              Tana Lin

20                              United States District Judge

21

22

23

24

25

26   **STIPULATED MOTION AND ORDER TO**          **WOLF LEE HURST & SLATTERY, PLLP**
     **CONTINUE TRIAL DATE AND DISCOVERY**        230 E. Champion Street, Bellingham, WA 98225
27   **DEADLINES**                                  Ph.: (360) 676-0306/Fax: (360) 676-8058
     **Civil Action No.:  2:22-cv-01155-TL**
     **Page 3 of 3**